# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>          Plaintiff,<br><br>     v.<br><br>COHEN, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:09-cv-01628-OWW-GBC (PC)<br><br>ORDER STRIKING PLAINTIFF'S SURREPLY<br>(Doc. 23) |

    Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 11, 2010, Defendants filed a motion to dismiss. (Doc. 17). Plaintiff filed an opposition on August 17, 2010 and Defendants filed a reply on September 24, 2010 (Docs. 18 and 21). On September 30, 2010, Plaintiff filed a surreply. (Doc. 23). Parties do not have a right to file a surreply under the Local Rules or the Federal Rules of Civil Procedure.

    Therefore, Plaintiff's surrply is ORDERED STRICKEN from the record. (Doc. 23).

IT IS SO ORDERED.

Dated:  January 19, 2011

UNITED STATES MAGISTRATE JUDGE

1